# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANGELICA OLVERA,<br><br>        Plaintiff(s),<br><br>v.<br><br>WALMART, INC., et al.,<br><br>        Defendant(s). | Case No. 2:22-cv-00107-JCM-NJK<br><br>**Order**<br><br>[Docket No. 18] |

Pending before the Court is a joint proposed discovery plan. Docket No. 18. The presumptively reasonable discovery period is 180 days measured from the defendant's appearance. Local Rule 26-1(b)(1). When a discovery plan seeks a longer period, the parties must include "a statement of the reasons why longer or different time periods should apply to the case." Local Rule 26-1(a). The instant discovery plan seeks a discovery period of 270 days but provides no reason why the Court should depart from the presumptively reasonable discovery period. Accordingly, the discovery plan is **DENIED**. An amended discovery plan must be filed by March 9, 2022.[1]

IT IS SO ORDERED.

Dated: March 2, 2022

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] In addition, counsel must carefully proofread any amended discovery plan as there are several aspects of the filed discovery plan that are written in a confusing manner. For example, it is unclear if the parties seek an order that initial disclosures are due on March 3 or March 15, 2022. *See* Docket No. 18 at 2 ("the initial disclosures in this matter are due on March 3, 2022. The parties will serve their disclosures within 2 weeks"). As another example, the parties appear to be stipulating that discovery is not limited by Rule 26's requirement that discovery be of "relevant" matter. *Id.* ("The parties agree that the area of discovery should include *but not be limited to*, all claims and defenses allowed pursuant to the Federal Rules of Civil Procedure" (emphasis added)).