**DRUMMOND LAW FIRM**
Craig W. Drummond, Esq.
Nevada Bar No. 11109
Liberty A. Ringor, Esq.
Nevada Bar No. 14417
810 S. Casino Center Blvd., Suite 101
Las Vegas, Nevada 89101
T: (702) 366-9966
F: (702) 508-9440
Craig@DrummondFirm.com
Liberty@DrummondFirm.com
*Attorneys for Plaintiff*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| ANGELICA OLVERA, an individual; | CASE NO.: 2:22-cv-00107-JCM-NJK |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR REMAND (FIRST REQUEST)** |
| WALMART, INC, a Delaware Corporation; EDUARDO LOPEZ, an individual; DOES I through V; and ROE CORPORATIONS VI-X, inclusive, | |
| Defendants. | |

COMES NOW, Plaintiff, ANGELICA OLVERA, by and through her attorneys of record CRAIG W. DRUMMOND, ESQ. and LIBERTY A. RINGOR, ESQ. of the DRUMMOND LAW FIRM, P.C., and Defendant WALMART, INC., by and through their attorney of record, TROY A. CLARK, ESQ., hereby stipulate and agree that the time for Plaintiff to file her Reply to Defendant Walmart's Response to Plaintiff's Motion for Remand be extended as set forth herein.  Plaintiff's Reply is currently due on February 24, 2022.  The parties hereby stipulate that the new due date for Plaintiff's Reply be extended to March 1, 2022.

**Reason for Extension**

   Plaintiff requires additional time to develop his arguments before filing his Reply.  Further, Plaintiff requires additional time to review Defendant's response.  This stipulation is made in good faith and not for the purpose of delay.

   This is the first extension of time requested for filing Plaintiff's Reply to Defendant Walmart Inc.'s Response to Plaintiff's Motion for Remand.


DATED this  24th  day of February, 2022.  DATED this  24th   day of February, 2022.

DRUMMOND LAW FIRM    RESNICK & LOUIS, P.C.


By:  /s/ Liberty A. Ringor, Esq.   By:   /s/ Troy A. Clark, Esq.
Craig W. Drummond, Esq.    Troy A. Clark, Esq.
Nevada Bar No. 11109     Nevada Bar No. 11361
Liberty A. Ringor, Esq.     8925 West Russell Road, Suite 220
Nevada Bar No. 14417     Las Vegas, NV 89148
810 S. Casino Center Blvd., Suite 101  *Attorney for Defendant Walmart, Inc.*
Las Vegas, NV 89101
*Attorneys for Plaintiff*


**ORDER**

   IT IS SO ORDERED.

   DATED March 21, 2022.


                _____
                UNITED STATES DISTRICT JUDGE