**RESNICK & LOUIS, P.C.**
TROY A. CLARK, ESQ.
Nevada Bar No. 11361
tclark@rlattorneys.com
MARGARET G. FOLEY, ESQ.
Nevada Bar No. 7703
mfoley@rlattorneys.com
8925 West Russell Road, Suite 220.
Las Vegas, NV 89148
Telephone: (702) 997-3800
Facsimile: (702) 997-3800
*Attorneys for Defendants*
*Walmart, Inc. and Eduardo Lopez*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANGELICA OLVERA, an individual;<br><br>Plaintiff,<br><br>v.<br><br>WALMART, INC., a Delaware Corporation; EDUARDO LOPEZ, an individual DOES I through V; AND ROE CORPORATIONS VI – X, inclusive,<br><br>Defendants. | CASE NO.: 2:22-cv-00107-JCM-NJK<br><br>**STIPULATION FOR DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties respectfully request that the Court dismiss this action with prejudice. There are no counterclaims, cross-claims, or third-party claims pending in this civil action. The parties agree that should the Court

///

///

///

///

///

///

approve this stipulation, each side shall bear its own attorney's fees and costs.

DRUMMOND LAW FIRM, P.C.

DATED this 17th day of June, 2022.

By ______________________
Craig W. Drummond, Esq.
Nevada Bar No. 11109
Liberty A. Ringor, Esq.
Nevada Bar No. 14417
3325 W. Sahara Avenue
Las Vegas, Nevada 89102
*Attorneys for Plaintiff*

RESNICK & LOUIS, P.C.

DATED this 14th day of June, 2022.

By /s/ Troy A. Clark
Troy A. Clark, Esq.
Nevada Bar No. 11361
8925 West Russell Road, Suite 220
Las Vegas, Nevada 89148
*Attorney for Defendant Walmart, Inc.*

**ORDER**

The Court having reviewed the joint stipulation for dismissal filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby ordered that the stipulation is approved. This civil action is hereby dismissed, with prejudice. Each party to bear its own attorney's fees and costs.

Dated July 15, 2022.

______________________
UNITED STATES DISTRICT JUDGE